IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PRICARE, P.A. and TEMPLE MEDICAL CLINIC, P.C., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 3:18-CV-672-WKW ) |
| STERICYCLE, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is the joint motion to transfer venue to the Northern District of Alabama. (Doc. # 16.) Counsel agree that transfer will serve the interest of the parties and witnesses because there are two related cases currently pending in the Northern District of Alabama. After consideration of the arguments of counsel and the record as a whole, the court finds that the balance of convenience and the interests of justice weigh in favor of transfer to the Northern District of Alabama. *See* 28 U.S.C. § 1404. Accordingly, it is ORDERED that the motion to transfer venue (Doc. # 16) is GRANTED.

The Clerk of the Court is DIRECTED to effect the transfer to the United States District Court for the Northern District of Alabama.

DONE this 28th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE